FILED
2019 JUL -5 PM 2:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR19-00397 RGK |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1344(2): Bank Fraud and Attempted Bank Fraud] |
| HAKOP ZAKARYAN, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1344(2)]

A.  INTRODUCTORY ALLEGATION

1.  At all times relevant to this Information, Wells Fargo Bank, N.A. ("Wells Fargo") was a federally insured financial institution with branches throughout the United States.

B.  SCHEME TO DEFRAUD

2.  Beginning on a date unknown to the United States Attorney's Office ("USAO") but at least by in or about January 2014, and continuing until on or about July 24, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendant HAKOP ZAKARYAN ("ZAKARYAN"), together with others known and unknown to the USAO, each aiding and abetting the others, knowingly and with

intent to defraud, executed and attempted to execute a scheme to obtain moneys, funds, assets, and other property owned by and in the custody and control of Wells Fargo, by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

3. The fraudulent scheme operated, in substance, in the following manner:

    a. In exchange for thousands of dollars in cash payments from others known and unknown to the USAO, defendant ZAKARYAN would use his position as bank manager at a Wells Fargo branch in Glendale, California, to "unfreeze" bank accounts that had been frozen by Wells Fargo based upon suspected fraud.

    b. To unfreeze the bank accounts, defendant would provide false statements to Wells Fargo.

    c. Once the bank accounts were unfrozen, defendant would assist others known and unknown to the USAO to withdraw cash from the Wells Fargo bank accounts, even though he knew those individuals were using fraudulent identities to do so.

    d. Defendant would accept as payment thousands of dollars from the cash that others known and unknown to the USAO had withdrawn from the Wells Fargo bank accounts that defendant had unfrozen.

C.  EXECUTION OF THE SCHEME TO DEFRAUD

On or about the dates set forth below, in Los Angeles County, within the Central District of California, and elsewhere, defendant ZAKARYAN, together with others known and unknown to the USAO, each aiding and abetting the others, executed and attempted to execute the fraudulent scheme, by committing and willfully causing others to commit the following act on or about July 24, 2014: authorizing and

assisting a $29,453.04 cash withdrawal from Wells Fargo checking account ending in 5032 at Wells Fargo branch in Glendale, California.

NICOLA T. HANNA
United States Attorney

*/s/ Brandon D. Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

CHARLES E. PELL
Assistant United States Attorney
Santa Ana Branch Office