**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 18 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 19-CR-00397 - RGK AG |
| v. | |
| Hakop Zakaryan | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint **Elon Berk**, Esquire, as my attorney to appear for me throughout all proceedings in this case.

7/18/19
Date

_____
Defendant's Signature

SANTA ANA, CA
City and State

## APPEARANCE OF COUNSEL

I, **Elon Berk**, Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

7/18/19
Date

_____
Attorney's Signature

209642
California State Bar Number

15250 Ventura Blvd., Suite 1220
Street Address

Sherman Oaks, CA 91403
City, State, Zip Code

818-205-1555    818-205-1559
Telephone Number    Fax Number

eberk@CrimLawLA.com
E-mail Address

CR-14 (01/07)    DESIGNATION AND APPEARANCE OF COUNSEL