TRACY L. WILKISON
Acting United States Attorney
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
CHARLES E. PELL (Cal. State Bar No. 210309)
Assistant United States Attorney
Santa Ana Branch Office
    United States Courthouse
    411 West Fourth Street, Suite 8000
    Santa Ana, California  92701
    Telephone:  (714) 338-3542
    Facsimile:  (714) 338-3561
    E-mail:    charles.e.pell2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
5/5/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

link 39
cc: USPO

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00397-PSG |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING DATE |
| v. | |
| HAKOP ZAKARYAN, | |
| Defendant. | |

Based upon the parties' stipulation, the sentencing hearing in this case is continued from May 10, 2021, to October 29, 2021, at 10:00 a.m.

IT IS SO ORDERED.

5/5/21
DATE

HONORABLE PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE